# Exhibit B

Case Caption:   **County of Albany et al v. Actavis Holdco US, Inc. et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS<br>Summons- All Defendants | Processed | 12/15/2020 | Badala, S. |
| 2 | COMPLAINT<br>Complaint and Jury Demand | Processed | 12/15/2020 | Badala, S. |
| 3 | EXHIBIT(S)<br>Trade Association Meeting Attendance | Processed | 12/15/2020 | Badala, S. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/15/2021 | Napoli, M. - filed by PM Legal |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/15/2021 | Napoli, M. - filed by PM Legal |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/15/2021 | Napoli, M. - filed by PM Legal |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/15/2021 | Napoli, M. - filed by PM Legal |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/15/2021 | Napoli, M. - filed by PM Legal |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/15/2021 | Napoli, M. - filed by PM Legal |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/15/2021 | Napoli, M. - filed by PM Legal |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/15/2021 | Napoli, M. - filed by PM Legal |
| 12 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 03/15/2021 | Napoli, M. - filed by PM Legal |
| 13 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/23/2021 | Napoli, M. - filed by PM LEGAL |
| 14 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/23/2021 | Napoli, M. - filed by PM LEGAL |
| 15 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/23/2021 | Napoli, M. - filed by PM LEGAL |
| 16 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/23/2021 | Napoli, M. - filed by PM LEGAL |
| 17 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 03/23/2021 | Napoli, M. - filed by PM LEGAL |
| 18 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 19 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 20 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 21 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 22 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |

Case 2:21-cv-01875-CMR   Document 1-3   Filed 03/26/21   Page 3 of 3

NYSCEF
Suffolk County Supreme Court

**Document List**
**Index #  619573/2020**

Created on:03/26/2021 02:11 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 23 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 24 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 25 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 26 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 27 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 28 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 29 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 30 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 31 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 32 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 33 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 34 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 35 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 36 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/24/2021 | Badala, S. - filed by PM LEGAL |
| 37 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/25/2021 | Badala, S. - filed by PM LEGAL |
| 38 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 03/25/2021 | Badala, S. - filed by PM LEGAL |
| 39 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/26/2021 | Napoli, M. - filed by PM Legal |
| 40 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/26/2021 | Napoli, M. - filed by PM Legal |
| 41 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/26/2021 | Napoli, M. - filed by PM Legal |